NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BETTER FOOD CHOICES LLC,**
*Plaintiff-Appellant*

**v.**

**MYNETDIARY, INC., MYFITNESSPAL, INC., WEIGHT WATCHERS INTERNATIONAL, INC.,**
*Defendants-Appellees*

**WEIGHTWATCHERS.COM, INC., AMAZON.COM, INC., APPLE INC., GOOGLE, INC.,**
*Defendants*

---

2015-1304

---

Appeal from the United States District Court for the District of Idaho in No. 1:14-cv-00204-DVB, Senior Judge Dee V. Benson.

---

**JUDGMENT**

---

ROBERT AMES HUNTSMAN, Huntsman Law Group, PLLC, Boise, ID, argued for plaintiff-appellant.

J. JACKSON SHRUM, Werb & Sullivan, Wilmington, DE, argued for defendant-appellee MyNetDiary, Inc.

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for defendant-appellee MyFitnessPal, Inc. Also represented by CAROLYN CHANG.

TERENCE P. ROSS, Crowell & Moring, LLP, Washington, DC, argued for defendant-appellee Weight Watchers International, Inc. Also represented by PILAR STILLWATER, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 9, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |